**In the Interest of D.P.C. and K.M.**

**JUVENILE OFFICER, Respondent,**

v.

**Y.W., Appellant.**

**No. WD 48821.**

Missouri Court of Appeals,
Western District.

Oct. 11, 1994.

Timothy C. Brady, Fulton, for appellant.

Elizabeth K. Magee, Columbia, for respondent.

James C. Dowling, Fulton, guardian ad litem.

Before KENNEDY, P.J., and BRECKENRIDGE and SPINDEN, JJ.

**ORDER**

PER CURIAM:

Y.W. appeals the trial court's order terminating her parental rights pursuant to § 211.447, RSMo Cum.Supp.1993. We affirm. Rule 84.16(b).

■

**CITY OF ROCK PORT, Missouri, Respondent,**

v.

**Vickie COOK, et al., Defendants,**

**Greg Shelton, Appellant.**

**No. WD 48863.**

Missouri Court of Appeals,
Western District.

Oct. 11, 1994.

Jefferson G. Broady, Rock Port, for appellant.

Roger M. Prokes, Maryville, for respondent.

Before ELLIS, P.J., and BERREY and SMART, JJ.

**ORDER**

PER CURIAM:

Appeal from declaratory judgment authorizing annexation to the City of Rock Port.

Affirmed. Rule 84.16(b).